# UNITED STATES BANKRUPTCY COURT
## Middle District Of Pennsylvania

In re <u>Ram-Krupa, Inc.</u>,
    Debtor

Case No. _____

Chapter _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Susquehanna Bank/Omega LLC**. 124 NORTH CEDAR STREET, LITITZ, PA, 17543-0000, P(717) 626-4721 & 350 West 42nd Street Suite 19G, New York, New York 10036 C/o **Dana S. Plon, Esq**., 123 South Broad Street, Phil, PA 19192 | | | | $ |
| **Schindler Elevator** 219 South 10th Street, Lemoyne, PA 17043-1704, P(717)761-5273 | | | | $4,800.00 |
| **Northern Lebanon Sewer Authority** 2311 Ridgeview Road, Lebanon, PA 17042-9431, P(717) 272-284 | | | | $6,800.00 |
| **Lebanon County Authority** 2311 Ridgeview Road, Lebanon PA 17042, P(717)272-2841 | | | | $1,000.00 |

Page 1/2

FILED HARRISBURG, PA 2011 JUL 18 AM 9:38 U.S. BANKRUPTCY COURT

**Met-Ed**                                                   $5,000.00

2800 Centre Ave Reading, PA 19605, P(800) 545-7741

**John Gross & Co.**                                         $2,800.00

308 Cheryl Avenue, Mechanicsburg, PA 17055-3300, (717) 766-2508

**Hersha Hotel Supply**                                      $5,400.00

Gettysburg Road, Camp Hill, PA, P(717) 761-040

**HD Supply**                                                $2,900.00

Chicago, IL, (800)431-3000

**Clymer & Musser**                                          $1,800.00

408 West Chestnut Street, Lancaste, PA, P(717) 299-7101

**PA Department of Revenue**                                 $6,500.00

TAXES PO BOX 280901 HARRISBURG PA, 17128-0901, P(717)787-1064

**Choice Hotels International**                              $9,000.00

10750 Columbia Pike, Silver Spring, MD, P(301)592-5000

**Pankaj Patel**                                           $500,000.00

202 N. Reading Road, Dever, PA

**Lebanon County Tax Collection**                          $114,000.00

Lebanon County Treasurer, Room 103, Municipal Building, Lebanon, PA

**Lebanon County Hotel Tax**                                 $7,000.00

Lebanon County Treasurer, Room 103, Municipal Building, Lebanon, PA

**Hellers Propane Gas**                                      $2,800.00

2437 State Rt. 72 Jonestown, PA 17038, P(717) 865-7904

**Comcast Cable Co**.                                        $1,000.00

1555 Suzy Street, Lebanon, PA

**American Travel Media**                                    $ 800.00

**Exit Information Guide/roomsaver**                         $2,900.00

150 Granby Street, Norfolk, Virginia 23510, P(757)351-7000

**Prompt Acton Pest Control**                                $ 700.00

Verizon                                                      $ 900.00

**CILS**                                                     $1,000.00

36 North 16th Street Lebanon, PA 17046, P(717)274-2693

Page 2/2